UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **14-1491**

Doe v. Governor of New Jersey
(D.N.J. No. 3-13-cv-06629)

**ORDER**

Appellants seek review of the District Court's letter-order entered March 28, 2014, which stayed the proceeding pending a decision by United States Supreme Court on a petition for a writ of certiorari in *Pickup v. Brown*, Supreme Court No. 13-949, and administratively terminated a motion to intervene and a motion for a preliminary injunction. The order appealed may not be final within the meaning of 28 U.S.C. § 1291 or otherwise appealable at this time. All parties shall file written responses addressing this issue, with a certificate of service attached, within fourteen (14) days from the date of this order.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: April 18, 2014
CJG/cc:    Robert T. Lougy, Esq.
           Eric S. Pasternack, Esq.
           Susan M. Scott, Esq.
           Demetrios K. Stratis, Esq.